## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DEMETRIA JONES, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| | : | NO. 1:24-cv-02626-SCJ |
| v. | : | |
| | : | |
| DILLARD'S INC., and | : | |
| JOHN DOES 1-3, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Demetria Jones, plaintiff in the above styled civil action, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this action by the District Court on August 20, 2025 granting Defendant's Motion for Summary Judgment.

Respectfully submitted September 18, 2025.

W. E. STILES LAW, LLC

*/s/ William E. Stiles, Jr.*
William E. Stiles, Jr., Esq.
GA Bar No. 772146
Attorney for Plaintiff

400 Galleria Parkway
Suite 1500
Atlanta, GA 30339
stiles@westileslaw.com
404-390-8160

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025 a true copy of the foregoing Notice of Appeal has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of said electronic filing to defendant's counsel of record registered with the Court for that purpose; and that a true copy of the foregoing was served via electronic email to:

Melissa C. McMullen, Esq.
WEBB, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA 30305
mmcmullen@wndlaw.net

This 18th day of September 2025.

**W. E. STILES LAW, LLC**

*/s/ William E. Stiles, Jr.*
William E. Stiles, Jr., Esq.
GA Bar No. 772146
Attorney for Plaintiff

400 Galleria Parkway
Suite 1500
Atlanta, GA 30339
stiles@westileslaw.com
404-390-8160